DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AILEEN GIL-VILLALON,**
Appellant,

v.

**FLORIDA POWER & LIGHT COMPANY,** and **BELLSOUTH TELECOMMUNICATIONS, LLC,** d/b/a AT&T FLORIDA,
Appellees.

No. 4D16-3714

[October 12, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti Englander Henning, Judge; L.T. Case No. CACE 14005266.

Michael A. Winkleman of Lipcon, Margulies, Alsina & Winkleman, P.A., Miami, for appellant.

Robert E. Boan of Florida Power & Light Law Department, Miami, for appellee Florida Power & Light.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***